1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

11  ANGELA GAINS,                       )
                                        )
12         Plaintiff,                   )      2:11-cv-00575-JCM-LRL
                                        )
13  vs.                                 )
                                        )      **ORDER**
14  JESSICA LEE, *et al.*,              )
                                        )
15         Defendants.                  )
                                        /
16

17     Presently before the court is plaintiff Angela Gaines' motion to extend time to file an opposition
18  and exhibits to defendants' motion to dismiss. (Doc. #26). Plaintiff seeks a 15 day extension, until
19  September 30, 2011, in which to file her opposition papers. Defendants have not filed a response.
20     Good cause appearing,
21     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that plaintiff's motion for an
22  extension of time to file a response to the motion to dismiss (doc. #26) be, and the same hereby is,
23  GRANTED.
24  . . .
25  . . .
26  . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that plaintiff shall have until September 30, 2011 to file her motion in opposition and any exhibits thereto.

Dated this 23rd day of September, 2011.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE