UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA GAINES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JESSICA LEE, et al.,<br><br>　　　　Defendants. | 2:11-CV-575 JCM (LRL) |

**ORDER**

Presently before the court is defendants Lea Baker, Joel Farina, Jessica Lee and Rick Rose's motion seeking leave to file "Exhibit C" and "Exhibit C-1" to defendants' motion to dismiss under seal. (Doc. #20). Plaintiff has not responded.

Purusant to Nevada Local Rule 7-2(d), "[t]e failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

Plaintiff's failure to file an opposition is viewed as consent to the granting of this motion in light of the fact that the exhibits sought to be filed under seal contain the confidential medical information of plaintiff.

Good cause being shown,

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion
2 seeking leave to file documents under seal (doc. # 20) be, and the same hereby is, GRANTED.
3  DATED September 26, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -